# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-2462
_____

Amanda Lagares

*Plaintiff - Appellee*

v.

Dennis Lagares, Jr.

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City
_____

Submitted: March 16, 2016
Filed: March 21, 2016
[Unpublished]
_____

Before LOKEN, BYE, and KELLY, Circuit Judges.
_____

PER CURIAM.

Dennis Lagares removed to federal court civil proceedings in Camden County Circuit Court, Missouri, arising out of a divorce and child custody action in which he

was the defendant.  Lagares appeals the district court's[1] order remanding the case to state court. We dismiss the appeal for lack of jurisdiction.  See 28 U.S.C. § 1447(d).

_____

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.